## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *MSP recovery Claims, Series, LLC et al.*<br><br>*v.*<br><br>*Warner Chilcott PLC et al.* | Civil Action No. 1:18-cv-10274-ADB |

## JOINT STIPULATION AND PROPOSED ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, subject to the Court's approval, as follows:

1.      The time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint, dated February 9, 2018 (Dkt No. 1), is adjourned *sine die* in light of Plaintiffs' indication to Defendants that Plaintiffs plan to file an amended complaint within two weeks ("Amended Complaint").

2.      Assuming that the plaintiffs file the Amended Complaint by April 6, 2018, the time for Defendants to answer, move to dismiss, or otherwise respond to the Amended Complaint is extended to and including June 6, 2018.

3.      Defendants have agreed to accept service of the Amended Complaint with respect to any defendant named in the Amended Complaint that is an existing U.S.-based entity as of the date of the Amended Complaint.  For the avoidance of doubt, such entities also include Warner Chilcott Sales (US) LLC.  Acceptance of service by any defendant shall not waive any rights or defenses with respect to the Amended Complaint, including, but not limited to, the right to move to dismiss the Amended Complaint on any ground (other than sufficiency of service of process of such defendant).

Dated: March 22, 2018

By: /s/ Marilyn McGoldrick
    Marilyn McGoldrick (BBO #561766)
    THORNTON LAW FIRM LLP
    100 Summer Street, 30th Floor
    Boston, MA 02110
    (617) 720-1333
    mmcgoldrick@tenlaw.com

    Christopher L. Coffin
    Tracy L. Turner
    PENDLEY, BAUDIN & COFFIN, LLP
    1515 Poydras St., Suite 1400
    New Orleans, LA 70112
    Tel: (504) 355-0086
    ccoffin@pbclawfirm.com
    tturner@pbclawfirm.com

    Enrique G. Serna
    Serna & Associates PLLC
    10999 IH10 W
    Suite 305
    San Antonio, Texas 78230
    Tel: (210) 472-2222
    enrique@serna-associates.com

    *Attorneys for Plaintiffs*

By: /s/ Matthew O'Connor
    Matthew O'Connor (BBO #631259)
    Andrew D. Lazerow (*pro hac vice forthcoming*)
    COVINGTON & BURLING LLP
    One CityCenter, 850 Tenth Street, NW
    Washington, DC 20001
    Tel: (202) 662-6000
    moconnor@cov.com
    alazerow@cov.com

    *Attorneys for Defendants*

SO ORDERED this _____ day of March 2018.

                         _____
                         Hon. Allison D. Burroughs
                         United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and e-mail on March 22, 2018.

/s/ Matthew O'Connor
Matthew O'Connor (BBO #631259)

Attorney for Defendants.