UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MSP Recovery Claims, Series, LLC, et al., <br><br> Plaintiffs, <br> v. <br><br> Warner Chilcott Sales (US) LLC, et al., <br><br> Defendants. | Civil Action No. 1:18-CV-10274-ADB |

**DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT (ECF NO. 11)**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Warner Chilcott Sales (US) LLC, Allergan USA, Inc., Allergan Sales LLC, and Allergan GI Corp. ("Defendants") hereby move this Court for an Order dismissing with prejudice all the claims in the Amended Class Action Complaint (ECF No. 11).[1]  The grounds for this Motion are set forth in the Memorandum of Law in Support of Motion to Dismiss the Amended Class Action Complaint, filed concurrently.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the Defendants respectfully request oral argument on this Motion.  Due to the complexity of the Complaint, oral argument will assist the Court in understanding the nature of the case and the legal issues involved.  Defendants estimate that 60 minutes will be sufficient to hear argument from the parties.

---

[1] Plaintiffs have not served the Complaint on foreign-domiciled defendant Allergan plc, nor has it accepted or waived service.  If and when Plaintiffs serve Allergan plc with the Complaint, Allergan plc is expected to move to dismiss the Complain based on, among other grounds, lack of personal jurisdiction.

Dated: June 11, 2018                    Respectfully submitted,


By:   */s/ Matthew O'Connor*
      Matthew O'Connor (BBO #631259)
      Andrew D. Lazerow (*pro hac vice*)
      COVINGTON & BURLING LLP
      One CityCenter, 850 Tenth Street, NW
      Washington, DC 20001
      Tel: (202) 662-6000
      moconnor@cov.com
      alazerow@cov.com

      *Attorneys for Defendants*


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues raised by this motion.


*/s/ Matthew O'Connor*
Matthew O'Connor (BBO #631259)
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by CM/ECF and e-mail on June 11, 2018.

                                                  */s/ Matthew O'Connor*
                                                  Matthew O'Connor (BBO #631259)
                                                  *Attorney for Defendants*