## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MSP Recovery Claims, Series, LLC, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>Warner Chilcott Sales (US) LLC, et al.,<br><br>         Defendants. | Civil Action No. 1:18-CV-10274-ADB |

### DEFENDANTS' MOTION TO DISMISS
### THE SECOND AMENDED CLASS ACTION COMPLAINT (ECF NO. 28)

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Warner Chilcott Sales (US) LLC, Allergan USA, Inc., Allergan Sales LLC, and Allergan GI Corp. ("Defendants") hereby move this Court for an Order dismissing with prejudice all the claims in the Second Amended Class Action Complaint (ECF No. 28).[1]  The grounds for this Motion are set forth in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Class Action Complaint, filed concurrently.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Defendants respectfully request oral argument on this Motion.  Due to the complexity of the Complaint, oral argument will assist the Court in understanding the nature of the case and the legal issues involved.  Defendants estimate that 60 minutes will be sufficient to hear argument from the parties.

---

[1] Plaintiffs have not served any version of the complaint on foreign-domiciled defendant Allergan plc, nor has it accepted or waived service.  If and when Plaintiffs serve Allergan plc with their complaint, Allergan plc is expected to move to dismiss the complaint based on, among other grounds, lack of personal jurisdiction.

2

Dated: August 24, 2018                     Respectfully submitted,


                                           By:   */s/ Matthew O'Connor*
                                                 Matthew O'Connor (BBO #631259)
                                                 Andrew D. Lazerow (*pro hac vice*)
                                                 COVINGTON & BURLING LLP
                                                 One CityCenter, 850 Tenth Street, NW
                                                 Washington, DC 20001
                                                 Tel: (202) 662-6000
                                                 moconnor@cov.com
                                                 alazerow@cov.com

                                                 *Attorneys for Defendants*


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that counsel have conferred and have attempted in good faith to resolve

or narrow the issues raised by this motion.



                                                 */s/ Matthew O'Connor*
                                                 Matthew O'Connor (BBO #631259)
                                                 *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and the supporting memorandum,

declaration, and exhibits were served upon the attorney of record for each party by CM/ECF and

e-mail on August 24, 2018.

/s/ Matthew O'Connor
Matthew O'Connor (BBO #631259)
*Attorney for Defendants*

3