**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>MSP Recovery Claims, Series LLC</u>

       Plaintiff

  V.

CIVIL ACTION

NO.  <u>18-10274-ADB</u>

<u>Warner Chilcott PLL et al</u>

       Defendant

**<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>March 22, 2019</u> GRANTING the Defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

<u>3/25/2019</u>                          <u>/s/ Christina McDonagh</u>
Date                                 Deputy Clerk